IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

GUIDEONE MUTUAL INSURANCE CO., )
)
    Plaintiff, )
vs. ) Case No. 3:09-cv-1130
)
FERNVALE COMMUNITY CHURCH, INC., )
)
    Defendant. )

## MOTION TO DEPOSIT FUNDS

The Plaintiff moves the Court for an Order of clarification pursuant to the previous Order of the Court, (Doc. No. 3). Pursuant to the local rules, the Plaintiff seeks to deposit the sum of $190,000 in disputed funds with the Clerk of Court for the United States District Court, Middle District. The Plaintiff further requests that the Clerk invest the funds into an interest-bearing money market account with the Bank of America.

Respectfully submitted,

Ortale, Kelley, Herbert & Crawford

/s/    *Gerald C. Wigger*
Gerald C. Wigger, BPR No. 013463
200 Fourth Avenue North, Third Floor
P.O. Box 198985
Nashville, TN 37219-8985
(615) 256-9999 phone
(615) 726-1494 fax
gwigger@ortalekelley.com

Ortale, Kelley, Herbert & Crawford

/s/    *Angela D. Simmons*
Angela D. Simmons, BPR No. 021004
200 Fourth Avenue North, Third Floor
P.O. Box 198985
Nashville, TN 37219-8985
(615) 256-9999 phone
(615) 726-1494 fax
asimmons@ortalekelley.com

*So Ordered*
[signature]