IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GUIDEONE MUTUAL INSURANCE CO., ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Docket No. 3:09-1130 |
| ) | Judge Nixon |
| FERNVALE COMMUNITY CHURCH, INC., ) | Magistrate Judge Knowles |
| ) | |
| Defendant. ) | |

## STIPULATED ORDER FOR DISMISSAL

The parties, through their counsel of record, hereby stipulate to the entry of an Order dismissing the above-entitled litigation, and further request that the Court release the One Hundred Ninety-Thousand Dollars ($190,000.00) held in trust and return the funds in their entirety directly to GuideOne Mutual Insurance Company, 1111 Ashworth, West Des Moines IA 50265-3538 upon entry of the Order below.

DATED: 6/14/2010        */s/Michael T. Ryan*
                        Michael T. Ryan (MI P53634)
                        Merry, Farnen & Ryan, P.C.
                        18303 Ten Mile Road, Suite 200
                        Roseville, Michigan 48066
                        586-776-5927
                        586-776-1501 - FAX
                        mryan@mfr-law.com
                        Attorneys for Plaintiff

DATED: 6/10/2010        */s/ Robert M. Pautienus (w/consent)*
                        Robert M. Pautienus, III BPR No. 20934
                        Ingraham, Pautienus & Tidwell, PLLC
                        216 Centerview Drive, Suite 317
                        Brentwood, Tennessee 37027
                        615-370-3010
                        615-371-8769 – FAX
                        Robert@iptlawfirm.com
                        Attorneys for Defendant

1

## ORDER FOR DISMISSAL

Upon stipulation of the parties and the court being otherwise fully advised;

**IT IS HERBY ORDERED** that the above-entitled litigation is dismissed with prejudice and without costs to any party.

**IT IS FURTHER ORDERED** that the One Hundred Ninety-Thousand Dollars ($190,000.00) held in trust shall be released directly to GuideOne Mutual Insurance Company, 1111 Ashworth, West Des Moines IA 50265-3538 upon entry of this Order.

_____
Judge

DATED: _____