IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

GUIDEONE MUTUAL INSURANCE CO., )
                                          )
     **Plaintiff,**                    )
                                          )
**vs.**                                    )    Docket No. 3:09-1130
                                        )    Judge Nixon
**FERNVALE COMMUNITY CHURCH, INC.,**  )    Magistrate Judge Knowles
                                          )
     **Defendant.**                 )

---

### STIPULATED ORDER FOR DISMISSAL

---

The parties, through their counsel of record, hereby stipulate to the entry of an Order dismissing the above-entitled litigation, and further request that the Court release the One Hundred Ninety-Thousand Dollars ($190,000.00) held in trust and return the funds in their entirety directly to GuideOne Mutual Insurance Company, 1111 Ashworth, West Des Moines IA 50265-3538 upon entry of the Order below.

DATED: 6/14/2010                **/s/Michael T. Ryan**
                                        Michael T. Ryan (MI P53634)
                                        Merry, Farnen & Ryan, P.C.
                                        18303 Ten Mile Road, Suite 200
                                        Roseville, Michigan 48066
                                        586-776-5927
                                        586-776-1501 - FAX
                                        mryan@mfr-law.com
                                        Attorneys for Plaintiff

DATED: 6/10/2010                **/s/ Robert M. Pautienus (w/consent)**
                                        Robert M. Pautienus, III BPR No. 20934
                                        Ingraham, Pautienus & Tidwell, PLLC
                                        216 Centerview Drive, Suite 317
                                        Brentwood, Tennessee 37027
*So Orderd.*                        615-370-3010
                                        615-371-8769 – FAX
                                        Robert@iptlawfirm.com
                                        Attorneys for Defendant

1