UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| GuideOne Mutual Insurance Co. | ) | |
| | ) | Case No.: 3:09cv1130 |
| v. | ) | Judge Nixon |
| | ) | |
| Fernvale Community Church, Inc. | ) | |

## ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on June 18, 2010

KEITH THROCKMORTON, CLERK
s/ Robbie Dail, Deputy Clerk